STATE OF NEW JERSEY v. ERIC FLEMMINGS.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROCHELLE EURE.

September 20, 1983.

Petition for certification denied.